No. 91–5007.  IN RE TAYLOR;
No. 91–5042.  IN RE PEERNOCK;
No. 91–5110.  IN RE PETERS;
No. 91–5259.  IN RE EMBREY;
No. 91–5463.  IN RE GREENLEES;
No. 91–5508.  IN RE CHAPPELL; and
No. 91–5557.  IN RE KNOWLES.  Petitions for writs of habeas corpus denied.

No. 90–8103.  IN RE MOSBY;
No. 90–8109.  IN RE JONES;
No. 90–8178.  IN RE BRUCHHAUSEN;
No. 90–8422.  IN RE STICH;
No. 91–49.  IN RE KARAPINKA;
No. 91–5185.  IN RE GRIFFIN; and
No. 91–5434.  IN RE BAEZ.  Petitions for writs of mandamus denied.

No. 90–8032.  IN RE COOPER ET UX.;
No. 90–8084.  IN RE COOPER ET UX.;
No. 90–8341.  IN RE THOMAS;
No. 90–8363.  IN RE HERRERA ET AL.;
No. 91–5127.  IN RE BROWN; and
No. 91–5129.  IN RE BONNER.  Petitions for writs of mandamus and/or prohibition denied.

No. 90–8417.  IN RE SEARCY.  Motion of petitioner to sanction counsel for respondent and other relief denied.  Petition for writ of mandamus and/or prohibition denied.

No. 91–5176.  IN RE ANTON; and
No. 91–5533.  IN RE CYNTJE.  Motions of petitioners to expedite consideration of petitions for writs of mandamus denied.  Petitions for writs of mandamus denied.

No. 90–8117.  IN RE WISE; and
No. 91–5344.  IN RE RUBINS.  Petitions for writs of prohibition denied.

No. 90–1599.  UNITED STATES v. FELIX.  C. A. 10th Cir.  Certiorari granted.

No. 91–42.  UNITED STATES v. BURKE ET AL.  C. A. 6th Cir.  Certiorari granted.